UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) FOR ACCOUNTS SERVICED BY FACEBOOK, INC. | ML No. 1:18-ml-00273 |

## ORDER

On April 18, 2018, in response to the United States's application pursuant to 18 U.S.C. §§ 2703(d) and 3512(a), and the Agreement Between the United States of America and the Republic of Poland on the Application of the Treaty Between the United States of America and the Republic of Poland on Mutual Legal Assistance in Criminal Matters signed July 10, 1996, pursuant to Article 3(2) of the Agreement on Mutual Legal Assistance Between the United States of America and the European Union signed at Washington June 25, 2003, U.S.-Poland, June 9, 2006, S. TREATY DOC. NO. 109-13, this Court issued an Order requiring Facebook, Inc., an electronic communication service provider and/or a remote computing service located in Menlo Park, California, to disclose the records and other information described therein, that is, records and other information related to two Subject Accounts (100006156372010 and 100006591759326).

The Order also sealed the filings in the matter for a period of two years and further ordered, "pursuant to 18 U.S.C. § 2705(b), and 3512(a) that Facebook, Inc. shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscriber(s) of [the Subject Accounts], or to any other person, for two years from the date of this Order unless otherwise authorized to do so by the Court, except that Facebook, Inc. may disclose this Order to an attorney for Facebook, Inc. for the purpose of receiving legal advice."

Thereafter, the Order was served on Facebook, Inc. Facebook assigned the matter Facebook Case #1654812 and produced information to the United States in response to the Order.

The United States has now moved the Court to unseal the matter and to eliminate the non-disclosure provision set forth above. In support thereof, the United States notes that the United States sought those provisions in error, as the provisions were not requested by the Republic of Poland.

The Court finds good cause to remove the sealing and non-disclosure provisions in its previous Order.

Therefore, IT IS ORDERED that the non-disclosure provision set forth above is hereby struck from the Court's previous Order; that is, the Court ORDERS that the non-disclosure order is no longer is effect and that Facebook, Inc. is no longer subject to such non-disclosure provision related to this Order and these Subject Accounts; and

IT IS FURTHER ORDERED that the United States shall serve a copy of this Order on Facebook, Inc. within ten (10) days of the issuance of the Order; and

IT IS FURTHER ORDERED that all filings in this matter, including the application, the earlier Order, this Order, and the motion related thereto shall be unsealed and placed on the public docket.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGRISTRATE JUDGE
 FOR THE DISTRICT OF COLUMBIA

_____
DATE